IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:03cr55/LAC
3:06cv13/LAC/MD

BENNIE F. MCCOMBS

_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 5, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 46) is DENIED.

DONE AND ORDERED this 11th day of May, 2006.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**